**EXHIBIT F**



**Clearview AI**
15 West 72 St. - Suite 23-S
New York, NY 10023

September 4, 2019

Chicago Police Department
3510 S Michigan Ave
Chicago, IL 60653

## QUOTE

Clearview AI proposes to provide its proprietary technology to the Chicago Police Department as follows:

**Product:** Clearview AI Technology, Database, and Investigative Toolkit
**Quantity:** 30 User Accounts
**Duration:** 24 months

**Each User Account Includes:**

- Unlimited Use of Clearview's Proprietary Research System
- Unlimited Access to Clearview's Proprietary Database
- iPhone/Android and/or Desktop Versions of Clearview Program Available for Each User
- Help-Desk Support

**Fee (All Inclusive - 30 Accounts for 24 months): $47,500**

If this proposal meets your approval, please remit payment via **check payable to Clearview AI** and send check to:

Clearview AI
Attn: Richard Schwartz
15 West 72 St. - Suite 23-S
New York, NY 10023

***Please Note:*** *Search results established through Clearview AI and its related systems and technologies are indicative not definitive. Clearview AI, Inc. makes no guarantees as to the accuracy of its search-identification software. Law enforcement professionals MUST conduct further research in order to verify identities or other data generated by the Clearview AI system. Clearview AI is neither designed nor intended to be used as a single-source system for establishing the identity of an individual. Furthermore, Clearview AI is neither designed nor intended to be used as evidence in a court of law.*